DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FRANCISCO JUNIOR RUIZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2250

_____

March 1, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County, Thomas W. Krug, Judge.

Francisco Ruiz, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.